**Order filed, October 08, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00741-CV**

_____

**CHRISTOPHER SPATES AND PRODIGY SERVICES, Appellant**

**V.**

**ENI US OPERATING COMPANY, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-35849**

---

## ORDER

The reporter's record in this case was due **September 26, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Norma Duarte**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM